UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JOHN MAIER,<br><br>                       Plaintiff,<br><br>  v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>                       Defendant. | Case No. C19-1915-TSZ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation, docket no. 4, of the Honorable Mary Alice Theiler, United States Magistrate Judge, to which no objection was filed, hereby ORDERS:

(1) The Report and Recommendation is ADOPTED;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is DIRECTED to CLOSE this case and to send copies of this Order to plaintiff pro se and to Judge Theiler.

DATED this 13th day of February, 2020.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING ACTION - 1